**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CRIMINAL CASE NO. 1:12-cr-82-MR-DLH**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **JAMES EDWARD BUCHANAN.** | ) | |
| | ) | |

    **THIS MATTER** is before the Court on the Government's Motion to Disclose Alibi Defense [Doc. 7].

    Pursuant to Fed. R. Crim. P. 12.1(a), the Court will grant the Government's motion.

    **IT IS, THEREFORE, ORDERED** that the Government's Motion to Disclose Alibi Defense [Doc. 7] is **GRANTED**, and the Defendant shall serve written notice on counsel for the Government of any intended alibi defense on or before **November 1, 2012**.

    **IT IS SO ORDERED.**

Signed: October 26, 2012

Martin Reidinger
United States District Judge